**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Laurie Anderson, | : |
|                 Plaintiff, | :    Civil Action No.: 1:12-cv-10250-RWZ |
| v. | : |
| Nelson, Watson & Associates, L.L.C.; and DOES 1-10, inclusive, | : |
|                 Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Laurie Anderson ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: March 15, 2012

                                            Respectfully submitted,

                                            By: /s/ Sergei Lemberg

                                            Sergei Lemberg, Esq.
                                            BBO No.: 650671
                                            Lemberg & Associates L.L.C.
                                            1100 Summer Street, 3rd Floor
                                            Stamford, CT 06905
                                            Telephone: (203) 653-2250
                                            Facsimile: (203) 653-3424
                                            Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 15, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By /s/ Sergei Lemberg

                                        Sergei Lemberg